JAMES M. DUNLAP, respondent,

*v.*

EMMA L. CHENOWETH et al., appellants.

[Decided May 8th, 1919.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Backes, and reported in *88 N. J. Eq. 496.*

*Mr. David O. Watkins,* for the respondent.

*Mr. Timothy J. Middleton* and *Mr. Herbert A. Drake,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.